Anthony J. Ellrod (State Bar No. 136574)
Martin Kosla (State Bar No. 247224)
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900

Attorneys for Plaintiff,
BILLBOARD BOATS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLBOARD BOATS, INC., a California corporation,<br><br>           Plaintiff,<br><br>vs.<br><br>ADAM MELENDEZ dba CREATABLE INFLATABLES and PROMOTIONAL DESIGN GROUP; and DOES 1 through 50, inclusive,<br><br>           Defendants.<br>_____ | **Case No.: CV08-06842 ODW (JCx)**<br>**Hon. Judge Otis D. Wright II**<br><br>**PRELIMINARY INJUNCTION ORDER** |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE that on December 2, 2008, this matter came on regularly for hearing on plaintiff's *Ex Parte* Application for a Preliminary Injunction ("Preliminary Injunction"). The Court, having considered the moving, opposition and reply papers of the parties, the files and records of this case, and the evidence and argument presented at the hearing, and being fully advised in the premises, finds that the Preliminary Injunction should be granted.

     WHEREFORE, IT IS HEREBY ORDERED, in accordance with Rule 65(b) of the Federal Rules of Civil Procedure, that defendant ADAM MELENDEZ dba CREATABLE INFLATABLES AND PROMOTIONAL DESIGN GROUP; and

Does 1 through 50, inclusive, their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise, are enjoined during the pendency of this action from (a) reproducing plaintiff BILLBOARD BOATS, INC.'S copyrighted photographs, Registration Nos. VA 1-638-218, VA 1-638-220, VA 1-638-223, VA 1-638-224, VA 1-639-732, VA 1-639-733, VA 1-639-767, VA 1-639-768, VA 1-639-769, VA 1-639-806, VA 1-639-816, VA 1-639-821, VA 1-639-822, VA 1-639-991 and VA 1-638-195; (b) reproducing plaintiff BILLBOARD BOATS, INC.'S copyrighted trade brochure; (c) preparing derivative works based upon said copyrighted works; (d) publicly displaying said copyrighted works, including but not limited to displaying the copyrighted works on defendant's website; and/or (e) authorizing others to do any of the above acts.

IT IS FURTHER ORDERED that this preliminary injunction shall be effective upon BILLBOARD BOATS, INC.'S giving security in the sum of $0.00 for the payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully enjoined, such bond to be approved by the Court or the Clerk of the Court.

Dated:   December 2, 2008            _____
                                          United States District Judge

H:\ODW\CV\2008\6842 Ord Re Prelim Injunction 12-2-08.wpd